# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| VALERIE PLYMALE, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-102 (WLS) |
| | : | |
| CHEDDARS CASUAL CAFÉ INC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On June 14, 2022, the Parties in the above-styled action filed a "Stipulation of Settlement" as to Plaintiff's pending claims., in which they represented to the Court that they have reached a settlement in this matter. (Doc. 25.) The Parties submit that they are "have prepared and finalized the Settlement Agreement" and will file a Stipulation of Dismissal as soon as the documents are final. (*Id.*) To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing no later than thirty (30) days after entry of this Order, or by **not later than Friday, July 15, 2022**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. Any other pending matters in this action are hereby **DENIED WITHOUT PREJUDICE AS MOOT**.

**SO ORDERED,** this 15th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1