IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VALERIE PLYMALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 7:20-CV-00102-WLS |
| | ) |
| CHEDDAR'S CASUAL CAFÉ, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff and Defendant in the above-styled civil action, by and through their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-styled civil action with prejudice. The parties further agree and stipulate that they shall be responsible for their own attorneys' fees and costs.

Respectfully submitted, this 23rd day of June, 2022.

MORGAN & MORGAN, PA

*/s/ William J. Degenhart*
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

25 Bull Street, Suite 400
Savannah, GA 31401
wdegenhart@forthepeople.com

VERNIS & BOWLING OF ATLANTA, LLC

*/s/ Kimberly Sheridan*
Kimberly Sheridan
Georgia Bar No.: 061028
Michael Becker
Georgia Bar No.: 529479
*Attorneys for Defendant*

30 Perimeter Park Drive, Suite 200
Atlanta, GA 30341
ksheridan@georgia-law.com
mbecker@georgia-law.com

SO ORDERED this 27th day of June, 2022.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

> Kimberly Sheridan
> Michael Becker
> Vernis & Bowling of Atlanta, LLC
> 30 Perimeter Park Drive, Suite 200
> Atlanta, GA 30341
> ksheridan@georgia-law.com
> mbecker@georgia-law.com
> *Attorneys for Defendant*

This 23rd day of June, 2022.

> /s/ *William J. Degenhart*
> William J. Degenhart
> Georgia Bar No. 384018
> *Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T: (912) 443-1000
F: (912) 442-1104
wdegenhart@forthepeople.com