IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| VALERIE PLYMALE, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-102(WLS) |
| | * |
| CHEDDAR'S CASUAL CAFE, INC., | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of June, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk